AO 442 (Rev. 11/11) Arrest Warrant

11449067

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| JACOB ROYCE MULLINS | ) Case No. 1:22-CR-120 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JACOB ROYCE MULLINS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Engainging in a child exploitation enterprise, in violation of 18 U.S.C. § 2252A(g).

Date: 7/14/22

*Issuing officer's signature*

S. Williams, Deputy Clerk
*Printed name and title*

City and state:     Alexandria, VA

---

### Return

This warrant was received on *(date)* 7/14/2022, and the person was arrested on *(date)* 7/19/2022
at *(city and state)* Cincinnati, Ohio.

Date: 7/20/2022

DUSM for HSI SA Samuel V. Smith
*Arresting officer's signature*

SAMUEL V. SMITH  SA  HSI  CINCI  OH
*Printed name and title*

Received 2022 JUL 18 AM 11:06 United States Marshal Eastern District of Virginia Alexandria Division

FILED 2022 JUL 20 P 4:20