IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v. )<br>)<br>KYLE WILLIAM LEISHEAR, )<br>)<br>              *Defendant.* )<br>_____ ) | Case No: 1:22-CR-120 |

**ORDER REVOKING ORDER OF RELEASE
AND DETAINING DEFENDANT PENDING TRIAL**

The Court, having considered the Government's motion pursuant to 18 U.S.C. § 3145(a)(1) seeking revocation of the July 20, 2022 release order entered by the Hon. Julie S. Sneed, United States Magistrate Judge, Middle District of Florida, and being otherwise duly advised in the premises, hereby **ORDERS** as follows:

The July 20, 2022 release order is hereby **REVOKED**. The court finds that the Bail Reform Act's presumption of detention, 18 U.S.C. § 3142(e)(3)(E) applies in the instant matter, and further that the defendant has failed to rebut that presumption, in light of the nature of the offense charged, the proffered evidence available to establish the defendant's culpability for that offense, the significant potential sentence likely to be imposed in the event of the defendant's conviction for that offense, as well as other evidence proffered by the Government establishing the danger to the community were the defendant to be released pending trial.

The Court finds, pursuant to 18 U.S.C. § 3142(e)(1), that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, or the safety of

other persons and the community, if released prior to trial. Accordingly, the Court orders that the defendant be **DETAINED** pending transport to this District for further proceedings and/or until trial.

Date: July 22, 2022

                                                HON. LIAM O'GRADY
                                                UNITED STATES DISTRICT JUDGE