IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NO.   Criminal No. 1:22-CR-120
CASE NAME:   United States v. Martin

TO:   New Lisbon Correctional Institution
      Address: 2000 Progress Road
      P.O. Box 2000
      New Lisbon, WI 53950
      Telephone No: (608) 562-6400

YOU ARE HEREBY COMMANDED to surrender the body of: Matthew Martin, a sentenced prisoner, Prisoner No. 00704905, SSN: ▮▮▮-8036, DOB: ▮▮▮1997, Race: White, Sex: Male, Weight: 252, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, including Special Agent Brandon Smock, U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), so that his body will be before the Honorable Leonie M. Brinkema, District Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 9:00 a.m., on the 16th day of August, 2022 or at such other time as the Court may direct.   This inmate will be retained until the pending indictment against him/her is resolved.

WITNESS
The Honorable
United States District Judge
at Alexandria, Virginia
This 20th day of July, 2022

FERNANDO GALINDO
CLERK OF COURT

By: _____
   Deputy Clerk

Approved by: *Whitney Kramer*
Whitney Kramer
Special Assistant United States Attorney (LT)