IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:22-CR-120 |
| v. | ) |
| | ) Trial: October 17, 2022 |
| JACOB ROYCE MULLINS, | ) |
|    a/k/a "NotJ," | ) |
| MATTHEW MARTIN, | ) |
|    a/k/a "Agent Nippy," | ) **UNDER SEAL** |
| | ) |
|                    *Defendants.* | ) |

## ORDER SEALING JOINT MOTION FOR PROTECTIVE ORDER UNDER SEAL

Having considered the government's motion to file the parties' joint motion for protective order under seal, and being duly advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the government's motion is **GRANTED**. The government is permitted to file the joint motion for protective order and proposed protective order under seal, and the joint motion and proposed order, as well as the government's motion to seal and this order, shall remain **SEALED** pending further order of the Court.

Date: August 31, 2022
Alexandria, Virginia

/s/ *LMB*
Leonie M. Brinkema
United States District Judge