IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | Case No. 1:22-CR-120 | |
| ) | | |
| CHRISTOPHER WILLIAM KUEHNER ) | Honorable Leonie M. Brinkema | |
| ) | | |
| ) | Trial Date: January 23, 2023 | |
| ) | | |
| ) | | |
| ) | | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its amended list of trial exhibits.

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 101 | Website Administrator SW Photo - 7924 | | | |
| 102 | Website Administrator SW Photo - 7940 | | | |
| 201 | Website Main Home Page | | | |
| 202 | Profile -- Leucosticte | | | |
| 203 | Post – "Leadership Criteria" | | | |
| 204 | Post – "Why it's so important…" | | | |
| 205 | Post – "New User Briefing" | | | |
| 205A | Example – "Full Body Mirror" (**OBSCENE**) | | | |
| 205B | Example – "for ass model badge" (**OBSCENE**) | | | |
| 205C | Example – "Girls sitting with their legs spread…" (**OBSCENE**) | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 205D | Direct Message – "New Admin Orientation" | | | |
| 206 | Post – "So I'm ready to…" | | | |
| 207 | Confirmations Forum | | | |
| 208 | Rapey Misogyny Forum | | | |
| 209 | Meetups Forum | | | |
| 210 | Pedorotica Forum | | | |
| 211 | Post – "If you break…" | | | |
| 212 | User Profile – nechris | | | |
| 212a | nechris confirmation | | | |
| 213 | Admin User Panel -- nechris | | | |
| 213A | User Change Log – nechris | | | |
| 213B | "Highest reaction score" | | | |
| 214 | Post – "Lists of Badges" | | | |
| 215 | Siropu Chats – nechris and MV1 | | | |
| 215A | Private chats – nechris and MV1 | | | |
| 216 | Post – "me" (**OBSCENE**) | | | |
| 216A | Video from "me" (**OBSCENE**) | | | |
| 216B | Storyboard from "me" video (**OBSCENE**) | | | |
| *216C* | *Omitted* | | | |
| 216D | Video post – "Bath" | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 216E | MV1 Bath video (1) | | | |
| 216F | MV1 Bath video (2) | | | |
| 216G | MV1 Bath video (3) (**OBSCENE**) | | | |
| 216H | MV1 Bath video (4) (**OBSCENE**) | | | |
| 216I | MV1 Bath video (5) (**OBSCENE**) | | | |
| 217 | Siropu Chats – "I told b*******" | | | |
| 218 | User Profile – MV1 | | | |
| 219 | Siropu Chats – nechris and MV5 | | | |
| 219A | User profile – MV5 | | | |
| 219B | Identification – MV5 | | | |
| 219C | Timestamped chats – MV5 | | | |
| *219D* | *Omitted* | | | |
| 219E | MV5 Birthday Chat | | | |
| 219F | MV5 "Freshman" Chat | | | |
| 219G | MV5 Age Discussion | | | |
| 220 | Post – MV3 (bath) (**OBSCENE**) | | | |
| 221 | Post – MV3 (shower) (**OBSCENE**) | | | |
| 222 | Post – MV3 (three hearts) (**OBSCENE**) | | | |
| 223 | MV3 images with filenames (**OBSCENE**) | | | |
| 224 | Banana.mp4 video (**OBSCENE**) | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 224A | Storyboard – Banana.mp4 (**OBSCENE**) | | | |
| 224B | Post – Banana.mp4 (**OBSCENE**) | | | |
| 224C | Post – "View from behind" (**OBSCENE**) | | | |
| 225 | User profile – MV3 | | | |
| 225A | Chats – nechris and MV3 | | | |
| 226 | Compiled Siropu chats | | | |
| 227 | Chats – nechris and A************* (**OBSCENE**) | | | |
| 227A | User profile – A************* | | | |
| 228 | Private Conversation – nechris and MV4 | | | |
| 228A | Siropu Chats – nechris and MV4 | | | |
| 228B | User Profile – MV4 | | | |
| 228C | Post with videos – MV4 (**OBSCENE**) | | | |
| 228D | MV4 Video 1 (**OBSCENE**) | | | |
| 228D-1 | Storyboard – Video 1 (**OBSCENE**) | | | |
| 228E | MV4 Video 2 (**OBSCENE**) | | | |
| 228E-1 | Storyboard – Video 2 (**OBSCENE**) | | | |
| 228F | nechris chats – "gold standard" | | | |
| 228G | Confirmation – MV4 (**OBSCENE**) | | | |
| 229 | Conversation with E***** | | | |

4

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 229A | User profile – E***** | | | |
| 229B | E***** Post 1 (**OBSCENE**) | | | |
| 229C | E***** Video 1 (**OBSCENE**) | | | |
| 229D | E***** Post 2 (**OBSCENE**) | | | |
| 229E | E***** Video 2 (**OBSCENE**) | | | |
| 229F | E***** videos with file paths (**OBSCENE**) | | | |
| 229F-1 | Storyboard – Video 1 (**OBSCENE**) | | | |
| 229F-2 | Storyboard – Video 2 (**OBSCENE**) | | | |
| 229G | E***** age discussion | | | |
| 230 | Conversation with fukurou | | | |
| 231 | Conversation with K************ | | | |
| 231A | User profile – K************ | | | |
| 232 | Conversation with b********* | | | |
| 232A | User profile – b********* | | | |
| 232B | b********* Image 1 (**OBSCENE**) | | | |
| 232C | b********* Image 2 (**OBSCENE**) | | | |
| 232D | b********* age discussion | | | |
| 233 | Conversation with r********* | | | |
| 233A | User profile -- r********* | | | |
| 234 | Brush Chats – nechris and MV6 | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 235 | Brush post – MV6 | | | |
| 235A | Video – MV6 (**OBSCENE**) | | | |
| 235B | Storyboard – MV6 Video (**OBSCENE**) | | | |
| 236 | Chats – nechris and MV6 | | | |
| 237 | User Profile – MV6 | | | |
| 238A | S******** image with filename (**OBSCENE**) | | | |
| 238B | S******** Siropu chats | | | |
| 239 | Private conversation - nechris and MV7 | | | |
| 240 | Chats – nechris and MV7 | | | |
| 241 | Nechris – MV7 Omegle | | | |
| 242 | User Profile – MV7 | | | |
| *243* | *Omitted* | | | |
| 243A | Chats – nechris and MV7 | | | |
| 243B | Post – MV7 Confirmation (**OBSCENE**) | | | |
| 243B-1 | Video (Confirmation) (**OBSCENE**) | | | |
| 243C | Post – MV7 (<3) (**OBSCENE**) | | | |
| 243C-1 | Video -- <3 (**OBSCENE**) | | | |
| 243D | Post – MV7 (Insert sexy title~) (**OBSCENE**) | | | |
| 243D-1 | Video – Insert sexy title~ (**OBSCENE**) | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 243E | Post – MV7 (another post…) (**OBSCENE**) | | | |
| 243E-1 | Video 1 – another post… (**OBSCENE**) | | | |
| 243E-2 | Video 2 – another post… (**OBSCENE**) | | | |
| 244 | Chats – nechris and Leucosticte | | | |
| 245 | Conversation - nechris and MV2 | | | |
| 245A | Thread – "extra pic" (**OBSCENE**) | | | |
| 245B | Image with file path (**OBSCENE**) | | | |
| 246 | Chats - nechris and l******* | | | |
| 247 | Chats – nechris and m******** | | | |
| 301 | LNK files | | | |
| 302 | VLC Recently Played Files | | | |
| 303 | Shellbags | | | |
| 304 | Locally Accessed Files and Folders | | | |
| 305 | Dropbox - Database | | | |
| 306 | Dropbox – Mozilla Firefox History | | | |
| 307 | Dropbox – Installed Programs | | | |
| 308 | Prefetch Files | | | |
| 309 | Prefetch Files – Microsoft.Photos.Exe.Txt | | | |
| 310 | Dell Desktop – Mozilla Firefox FormHistory | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 311 | Contacts - CS | | | |
| 312 | SMS and MMS Messages | | | |
| 313 | Unallocated Mozilla Firefox FormHistory | | | |
| 401A | Plea Agreement (1) | | | |
| 401B | Statement of Facts (1) | | | |
| 401C | Proffer Letter (1) | | | |
| 402A | Plea Agreement (2) | | | |
| 402B | Statement of Facts (2) | | | |
| 402C | Proffer Letter (2) | | | |
| 501 | Birth Certificate – MV5 | | | |
| 501A | Birth Certificate Cert – MV5 | | | |
| 502 | Birth Certificate – MV6 | | | |
| 503 | Birth Certificate – MV7 | | | |
| 601 | Kuehner SW Photo 1 | | | |
| 602 | Kuehner SW Photo 2 | | | |
| 603 | Kuehner SW Photo 3 | | | |
| 604 | Kuehner SW Photo 4 | | | |
| 605 | Kuehner SW Photo 5 | | | |
| 606 | Kuehner SW Photo 6 | | | |
| 607 | Kuehner SW Photo 7 | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 701 | Kuehner Miranda Waiver Form | | | |
| 702 | Kuehner Miranda Waiver Recording | | | |
| 702A | Kuehner Miranda Waiver Transcript | | | |
| 703 | Kuehner Interview | | | |
| 703A | Kuehner Interview Transcript | | | |
| 704 | Kuehner Interview – Clip 1 | | | |
| 704A | Kuehner Interview Clip 1 -- Transcript | | | |
| 705 | Kuehner Interview – Clip 2 | | | |
| 705A | Kuehner Interview Clip 2 – Transcript | | | |
| 706 | Kuehner Interview – Clip 3 | | | |
| 706A | Kuehner Interview Clip 3 – Transcript | | | |
| 707 | Kuehner Interview – Clip 4 | | | |
| 707A | Kuehner Interview Clip 4 – Transcript | | | |
| 708 | Kuehner Interview – Clip 5 | | | |
| 708A | Kuehner Interview Clip 5 – Transcript | | | |
| 709 | Kuehner Interview – Clip 6 | | | |
| 709A | Kuehner Interview Clip 6 – Transcript | | | |
| 710 | Kuehner Interview – Clip 7 | | | |
| 710A | Kuehner Interview Clip 7 -- Transcript | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 801 | Fottrell Curriculum Vitae | | | |
| 802 | Jones Curriculum Vitae | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:       /s/
Whitney Kramer
Special Assistant United States Attorney (LT)
Seth Schlessinger
Assistant United States Attorney
Eastern District of Virginia
Counsel for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel.: (703) 299-3700
Fax:  (703) 299-3981

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Whitney Kramer
Special Assistant United States Attorney (LT)