IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:22cr120 (LMB) |
| ) | |
| CHRISTOPHER WILLIAM KUEHNER, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Defendant's Objection to His Being Required to Submit Proposed Findings of Fact and Conclusions of Law Prior to the Close of Evidence [Dkt. No. 108], which establishes good cause for the relief requested. Accordingly, it is hereby

ORDERED that defendant Christopher William Kuehner is not required to file proposed findings of fact and conclusions of law prior to the close of evidence.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of January, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge